IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY R. LOW,

      Plaintiff,               No. 2:10-cv-2398 JFM (PC)

    vs.

JOHN MCGINNESS, et al.,

      Defendants.        ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

      On June 16, 2011, plaintiff filed a document which this court construes as a motion to enforce this court's January 4, 2011 motion directing the United States Marshal to serve process on defendants. On June 20, 2011, the United States Marshal filed returns of service attesting to personal service on all defendants on June 17, 2011.

/////

/////

/////

/////

1

1  Accordingly, good cause appearing, IT IS HEREBY ORDERED that plaintiff's
2  June 16, 2011 motion is denied as moot.
3  DATED: June 28, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

12
low2398.svc