IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY R. LOW,

      Plaintiff,                    No. 2:10-cv-2398 JFM (PC)

   vs.

JOHN MCGINNESS, et al.,

      Defendants.            ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action seeking relief pursuant to 42 U.S.C. § 1983. By order filed July 29, 2011, counsel for defendants was directed to inform the court writing whether counsel will waive serve of process on behalf of the County of Sacramento. On August 5, 2011, counsel filed a response consenting to waive service on behalf of the County of Sacramento.

       Accordingly, good cause appearing, IT IS HEREBY ORDERED that within twenty days from the date of this order the County of Sacramento shall file a response to plaintiff's complaint.

DATED: August 18, 2011.

UNITED STATES MAGISTRATE JUDGE

12;low2398.sacrep

1