IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY R. LOW,

      Plaintiff,                    No. 2:10-cv-2398 LKK JFM P

  vs.

JOHN MCGINNESS, et al.,

      Defendants.              ORDER

_____/

        On July 13, 2012, counsel for defendants informed the court that the parties have settled the above-captioned case, and represented that the documents disposing of the case will be filed within sixty days. The court now orders that the dispositional documents be filed no later than sixty days from the date of this order. Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. All hearing dates currently set in this matter are hereby vacated.

        Accordingly, IT IS HEREBY ORDERED that dispositional documents shall be filed no later than sixty days from the date of this order.

DATED: July 30, 2012.

UNITED STATES MAGISTRATE JUDGE

12;low2398.set