RANDOLPH CREGGER & CHALFANT LLP
Robert L. Chalfant, SBN: 203051
Wendy Motooka, SBN: 233589
1030 G St.
Sacramento, CA 95814
Phone: 916.443-4443
Fax:  916.443-2124
Email: rlc@randolphlaw.net
       wmotooka@randolphlaw.net

Attorneys for Defendants COUNTY OF SACRAMENTO, SHERIFF JOHN MCGINNESS, DR. BEACH, DEPUTY J. BELL, LT. BRELJE, DEPUTY S. BROWN, DEPUTY CABRERA, DEPUTY CARD, DEPUTY CHAUSSEE, CHAPLAIN CLEMENTS, DEPUTY COVINGTON, L.V.N. KATHRYN M. GONZALES, DEPUTY HERNANDEZ, DEPUTY HOGAN, DEPUTY K. JOINER, LT. CHET MADISON, DEPUTY MAGGINI, CAPTAIN ERIK MANESS, DEPUTY MARINO, DEPUTY MARSDEN, SGT. DAN MORRISSEY, DEPUTY PICANCO, DEPUTY REEVE, SGT. ROBERTS, DEPUTY ROSE, DEPUTY ROUSE, DEPUTY TAKAHASHI, DEPUTY THOMPSON, DEPUTY TORREY, DEPUTY VASQUEZ, DEPUTY WOODWARD and DEPUTY YEARWOOD

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONY R. LOW,<br><br>            Plaintiffs,<br><br>    vs.<br><br>SHERIFF JOHN MCGINNESS, et al.<br><br>            Defendants. | Civil Action No. 2:10-cv-2398 LKK JFM (PC)<br><br>**STIPULATION TO DISMISS THE CASE WITH PREJUDICE PURSUANT TO SETTLEMENT AND TO ALLOW THE COURT TO RETAIN JURISDICTION OVER ENFORCEMENT OF THE SETTLEMENT AGREEMENT; ORDER THEREON** |

WHEREAS Plaintiff TONY R. LOW has filed the above-captioned civil action against defendants COUNTY OF SACRAMENTO, SHERIFF JOHN MCGINNESS, DR. BEACH, DEPUTY J. BELL, LT. BRELJE, DEPUTY S. BROWN, DEPUTY CABRERA, DEPUTY

1  CARD, DEPUTY CHAUSSEE, CHAPLAIN CLEMENTS, DEPUTY COVINGTON, L.V.N.
2  KATHRYN M. GONZALES, DEPUTY HERNANDEZ, DEPUTY HOGAN, DEPUTY K.
3  JOINER, LT. CHET MADISON, DEPUTY MAGGINI, CAPTAIN ERIK MANESS, DEPUTY
4  MARINO, DEPUTY MARSDEN, SGT. DAN MORRISSEY, DEPUTY PICANCO, DEPUTY
5  REEVE, SGT. ROBERTS, DEPUTY ROSE, DEPUTY ROUSE, DEPUTY TAKAHASHI,
6  DEPUTY THOMPSON, DEPUTY TORREY, DEPUTY VASQUEZ, DEPUTY WOODWARD
7  and DEPUTY YEARWOOD; and

   WHEREAS, following a settlement conferenced held before the Honorable Craig M. Kellison on June 12, 2012, plaintiff and defendants have agreed to resolve all differences between them and to settle the instant case fully and finally, pursuant to the terms set forth in the Settlement Agreement attached hereto as Exhibit A;

   THE PARTIES NOW HEREBY STIPULATE, through their counsel of record, that the case be dismissed <u>with prejudice</u>, and that the Court shall retain jurisdiction over enforcement of the Settlement Agreement.

   IT IS SO STIPULATED.

Dated: July 2, 2012                TONY R. LOW


                                    /s/ Tony R.Low
                                    TONY R. LOW
                                    Plaintiff in Pro Per


Dated: July 5, 2012                RANDOLPH CREGGER & CHALFANT LLP


                                    /s/ Robert L. Chalfant
                                    ROBERT L. CHALFANT
                                    Attorneys for Defendants

//

//

//

# ORDER

After considering the Stipulation by and between the parties through their counsel of record, **IT IS HEREBY ORDERED THAT:**

1. This action is dismissed <u>with prejudice</u>;
2. The Court shall retain jurisdiction over enforcement of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: August 28, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

**CASE:** Tony R. Low v. John McGinness, et al.
**NO:** U. S. District Court, Eastern District of California, No. 2:10-cv-02398 JFM

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 1030 G Street, Sacramento, CA 95814.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the date indicated below I served the within **STIPULATION TO DISMISS THE CASE WITH PREJUDICE PURSUANT TO SETTLEMENT AND TO ALLOW THE COURT TO RETAIN JURISDICTION OVER ENFORCEMENT OF THE SETTLEMENT AGREEMENT; PROPOSED ORDER THEREON** on all parties in said action as addressed below by causing a true copy thereof to be:

<u>xx</u>   **placed in a sealed envelope:** with first class postage thereon fully prepaid in the designated area for outgoing mail;

___ **delivered by hand**:

___ **telecopied by facsimile**:

___ **express mailed**:

<u>Plaintiff in Pro Per</u>
Tony R. Low, F-13985
High Desert State Prison
P. O. Box 3030
Susanville, CA 96127-3030

*Legal Mail*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this August 13, 2012 at Sacramento, California.

                                           /s/ Beverly J. Murch
                                           Beverly J. Murch

RANDOLPH, CREGGER & CHALFANT, LLP.
1030 G St.
Sacramento, CA 95814
(916) 443-4443

STIPULATION TO DISMISS; [PROPOSED] ORDER THEREON — 4 —   2:10-cv-2398